**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-2387

MARY L. BATTLE,

                Plaintiff – Appellant,

        v.

JP MORGAN CHASE BANK, N.A.; CHASE HOME FINANCE, INC.,

                Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:09-cv-00462-RAJ-FBS)

Submitted: April 22, 2010          Decided: April 26, 2010

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary L. Battle, Appellant Pro Se. Frank Kenneth Friedman, WOODS ROGERS, PLC, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary L. Battle appeals the district court's order dismissing her civil complaint for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Battle v. JP Morgan Chase Bank, N.A., No. 2:09-cv-00462-RAJ-FBS (E.D. Va. Nov. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2